## GOURDAIN v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. October 2, 1895.)

No. 646.

In Error to the District Court of the United States for the District of Kansas.

R. B. Welch, Henry Keeler, and J. W. Ady, for plaintiff in error.

W. C. Perry, U. S. Atty., for the United States.

No opinion. Dismissed, without costs to either party in this court, for want of jurisdiction, on motion of counsel for defendant in error.

---

## HUTCHINSON v. CITY OF HUTCHINSON.

(Circuit Court of Appeals, Eighth Circuit. October 23, 1895.)

No. 678.

Appeal from the Circuit Court of the United States for the District of Kansas.

W. H. Rossington and Charles Blood Smith, for appellant.

James McKinstry and F. F. Prigg, for appellee.

No opinion. Reversed, at the costs of appellant, and remanded, with direction to circuit court to remand the cause to the state court at the costs of the party removing same.

---

## JOSEPH SCHLITZ BREWING CO. v. LEIFHEIT.

(Circuit Court of Appeals, Eighth Circuit. October 23, 1895.)

No. 685.

In Error to the Circuit Court of the United States for the Northern District of Iowa.

Henry Rickel, for plaintiff in error.

Timothy Brown, for defendant in error.

No opinion. Dismissed, with costs, for want of jurisdiction, on motion of counsel for defendant in error.

---

## NATIONAL WATER WORKS CO. OF NEW YORK v. KANSAS CITY, MO.

(Circuit Court of Appeals, Eighth Circuit. September 2, 1895.)

No. 697.

Appeal from the Circuit Court of the United States for the Western District of Missouri.

C. O. Tichenor, Gardiner Lathrop, and L. C. Krauthoff, for appellants.

H. C. McDougal and Frank Hagerman, for appellee.

Reversed, with costs, per stipulation of parties, and remanded for further proceedings.